PeaesoN, C. J.
 

 There is Ho error in the order made in the Court below, on the question of costs. The provision of the statute is in express terms, and the order is in pursuance thereto. So, we presume, the appeal was taken in this case, as has been done in many other cases of appeal to the Morganton
 
 *623
 
 Term, which is only held once a year, merely for the sake of delay.
 

 The
 
 final
 
 judgment which this Court is authorised to render in “ civil cases,” is to be made “ on inspection of the whole record.” ’The transcript filed, does not purport to set out the whole record, “but only enough to present the points in. issue.”
 

 This
 
 short hand
 
 way of getting the opinion of the Supreme Court, on a point of law, without much expense to either party, cannot be tolerated; and as the whole record is not before us, we can give no judgment until a full exemplification of the record is filed.
 

 Pee Curiam,
 

 Judgment affirmed.